UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OCT 28 2015

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>KARINA IBARRA [2],<br><br>       Defendant. | Case No. 15CR1201-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

18:1591(a) and (b); 18:1594(d) - Sex Trafficking of a Child; Criminal Forfeiture

Dated: 10/27/2015

Hon. Barry Ted Moskowitz
United States District Judge